JOHN TOOKER, Respondent, v. INTER-COUNTY TITLE GUARANTY AND MORTGAGE COMPANY, Appellant.

Submitted April 2, 1945; decided April 12, 1945.

*Morris Permut* and *Milton Kunen* for motion.

*Alfred J. Loew* and *Jerome Weinstein* opposed.

Motion granted. Upon the argument of the appeal the court will consider the effect of section 116 of the Banking Law upon the transaction in issue.